1  PATRICK L. FORTE, #80050
   CORRINE BIELEJESKI, #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor

**The following constitutes
the order of the court. Signed February 08, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-72125 RJN

**MARILYN MARIE LINSY**,                  Chapter 13
            Debtor.

                                          **ORDER VALUING LIEN OF PNC
                                          BANK, NA**
_____/

On January 05, 2011, Marilyn Linsy (hereinafter Debtor) served a motion to value the lien of PNC Bank, NA (hereinafter Lienholder) against the property commonly known as 3616 Justin Place, Antioch, CA 94509, which lien was recorded in Contra Costa County on or about July, 27, 2005 as document 027739400 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Marilyn Linsy
3616 Justin Place
Antioch, CA 94509

Attn: Officer
PNC Bank
P.O. Box 94982
Cleveland, OH 44101

Attn: Officer
PNC Bank, NA
222 Delaware Ave.
Wilmington, Delaware 19899

Attn: Officer
PNC Bank, NA
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive
Sacramento, CA 95833-3503

Attn: Officer
Wells Fargo Bank, NA
101 N. Phillips Ave.
Sioux Falls, South Dakota 57104

Wachovia Bank, NA
C/o Pite Duncan, LLP
Attn: Josephine E. Piranio
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Attn: Officer
Wachovia Mortgage Corp.
301 S. College Street
Charlotte, NC 28288

Attn: Officer
Wachovia Mortgage Corp.
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr. Ste. 100
Sacramento, CA 95833